# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**GLEN DAVID COLLINS,**
**ADC #092805**                                                                    **PLAINTIFF**

**V.**                                 **CASE NO. 4:16-CV-00857-BRW-BD**

**STATE OF ARKANSAS, et al.**                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

## I.     Procedures for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge Billy

Roy Wilson.  You may file written objections to this Recommendation.  If you file

objections, they must be specific and must include the factual or legal basis for your

objection.  Your objections must be received in the office of the United States District

Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

## II.    Discussion

Glen David Collins, an Arkansas Department of Correction inmate at the Ouachita

River Unit, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.

(Docket entry #2)  After reviewing the complaint, it was not clear whether Mr. Collins

could state a federal claim for relief.  Further, it was unclear where the alleged

misconduct occurred.

Rather than dismissing the complaint, however, the Court gave Mr. Collins an opportunity to file an amended complaint.  The Court specifically instructed Mr. Collins to state how each Defendant violated his rights and to explain what injury he suffered as a result of each Defendant's conduct.  Also, Mr. Collins was instructed to include more facts describing when and where the alleged misconduct took place.

Mr. Collins has now filed an amended complaint.  (#5)  He names eighteen individuals as Defendants, including Governor Asa Hutchinson, former President Bill Clinton, former President George Bush, Jr., and Gwyneth Paltrow.  He claims that he has been improperly diagnosed with mental illness.  Mr. Collins asks that the Court order that he be immediately released from custody and provided "emergency funds."

Mr. Collins has failed to state a constitutional claim.  The Court lacks the power either to order Mr. Collins's immediate release from prison or to provide emergency funds.   Mr. Collins's unsubstantiated allegations that many of the Defendants have secret knowledge that they are using against him does not trigger the protection of the Constitution or federal law.  *Langford v. Norris*, 614 F.3d 445, 460 (8th Cir. 2010) (mere disagreement with treatment decisions does not rise to level of constitutional violation).

## III.   Conclusion

The Court recommends that Mr. Collins's claims be DISMISSED, without prejudice, based on his failure to state a constitutional claim.  The Court also recommends that this dismissal constitute a "strike" for purposes of 28 U.S.C. § 1915(g) and that the

Court certify that an *in forma pauperis* appeal of this dismissal would be frivolous and

not taken in good faith.

DATED this 27th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE