**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GLEN DAVID COLLINS,
ADC #092805**                                                                                                                **PLAINTIFF**

**VS.**                               **4:16-CV-00857 BRW/BD**

**STATE OF ARKANSAS, et al.**                                                          **DEFENDANTS**

## **ORDER**

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Collins's claims are DISMISSED, without prejudice, based on his failure to state a constitutional claim. This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g); and the Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 6th day of January, 2017.

                                                                     /s/ Billy Roy Wilson
                                                                     UNITED STATES DISTRICT JUDGE