**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**GLEN DAVID COLLINS,**
**ADC #092805**                                                                                              **PLAINTIFF**

**VS.**                                        **4:16-CV-00857 BRW/BD**

**STATE OF ARKANSAS, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of January, 2017.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE